# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE CO.,<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. 05-CV-1346 W (LSP)<br><br>**ORDER GRANTING**<br>**JOINT MOTION** |

On March 25, 2007, the parties jointly filed a motion requesting the court to dismiss this case with prejudice in accordance with a settlement they reached. The parties agreed, however, that Magistrate Judge Leo S. Papas would retain jurisdiction over disputes arising out of the settlement agreement. Good cause appearing, the court hereby **GRANTS** the motion in its entirety.

**IT IS SO ORDERED.**

DATED: March 27, 2007

Hon. Thomas J. Whelan
United States District Judge

-1-

05cv1346